| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124 |
|   | FAX: (415) 436-7169 |
| 7 | |
|   | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

XIAO-LING SHI and JEFFREY CHIN,

Plaintiffs,

v.

MICHAEL CHERTOFF, DHS Secretary; EMILIO T. GONZALEZ, USCIS Director; and DAVID STILL, USCIS San Francisco District Director,

Defendants.

No. C 07-2105 EMC

**PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION; STIPULATION TO DISMISS; AND [PROPOSED] ORDER**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Further, Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff Xiao-Ling Shi's adjustment of status application.

Each of the parties shall bear their own costs and fees.

Consent and Stipulation to Dismiss
C07-2105 EMC                          1

| | |
|---|---|
| 1  Dated: June 19, 2007 | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorney for Defendants |
| 5  Dated: June 19, 2007 | /s/<br>CATHERINE Y. WONG<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    June 21, 2007

EDWAR[D]
Un[i]ted S[tates]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Edward M. Chen]*